IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 83-cv-2383-WYD

STATE OF COLORADO,

    Plaintiff,

    v.

Le Petomane XXV, Inc., not individually,
but solely in its representative capacity as
Trustee of the ASARCO Environmental
Multi-State Custodial Trust,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court upon the parties' request for entry of this Amended Consent Decree.  The Court, having fully reviewed the matter and noted that the State of Colorado has have given notice of the absence of any public comments on the Proposed Amended Consent Decree, hereby

FINDS that the terms and provisions of the Amended Consent Decree in their entirety (ECF No. 109-1), and all documents appended hereto which are incorporated by reference in the Amended Consent Decree, are fair and reasonable with respect to the matters addressed.  Accordingly, it is

ORDERED that the Amended Consent Decree together with all documents attached thereto and all their terms and conditions are adopted by the Court and made an order and judgment of this Court.

Dated: January 6, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge